# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
 ) **CASE NO: 3:15-bk-03117**
**Jessica Marie Knowles** )
**xxx-xx-5753** )
 )
**Debtor** )
 )

## NOTICE TO CHANGE DEBTOR ADDRESS

Comes Jessica Marie Knowles, by and through counsel, and hereby amends to correct the debtor's address as follows:

Jessica Marie Knowles
301 Rose St.
Manchester, TN 37355.

Date: June 3, 2015

Respectfully submitted,

**/s/Jon Daniel Long**
**Jon Daniel Long Reg. #31211**
Attorney for Debtor
302 42nd Ave. No.
Nashville, Tennessee 37209
(615) 386-0075 phone (615) 864-8419 fax
ecfmail@tennessee-bankruptcy.com